AO 432 (Rev. 2/84)

Administrative Office of the United States Courts

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | PAGE NUMBER |
|---|---|---|---|
| 2/19/08 | 08-42M | Kincaid | |

| NAME OF WITNESS | DIRECT | CROSS | ~~REDIRECT~~ | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Gov't WITNESS WPD DETECTIVE DAVID ROSENBLOOM | 9:46am | 9:55am | 9:59 excused | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov't 1 | Copy of Criminal Complaint | NO OBJ | NO OBJ. |

FILED
FEB 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE