IN THE UNITED STATES COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-42M |
| | ) | |
| **MICHAEL KING,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Robert J. Prettyman as attorney of record for the United States and enter the appearance of Ilana H. Eisenstein, Assistant U.S. Attorney, in the above-captioned case.

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

                                         BY: _____
                                              Ilana H. Eisenstein
                                              Assistant United States Attorney

Dated: February 21, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Criminal Action No. 08-42M** |
| | ) | |
| **MICHAEL KING,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I, Brandi C. Everett, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 21st day of February, 2008, I caused to be electronically filed a **Substitution of Counsel And Entry of Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

Edson A. Bostic
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

/s/Brandi C. Everett
Brandi C. Everett
Legal Assistant