**REDACTED**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>MICHAEL KING,<br>    Defendant. | )<br>)<br>)<br>)<br>) Criminal Action No. 08-3C<br>)<br>)<br>)<br>) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about February 12, 2008, in the State and District of Delaware, MICHAEL KING, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Smith and Wesson .44 magnum revolver, with serial number CHZ9519, after having been convicted on or about October 13, 2004, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, incorporated herein by reference, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense,

including but not limited to the following: (1) a Smith and Wesson .44 magnum revolver, with serial number CHZ9519, and (2) 6 .44 caliber rounds of ammunition.

                                                    A TRUE BILL:

COLM F. CONNOLLY
United States Attorney

BY: /s/ Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

Dated: March 4, 2008