IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    :

        Plaintiff,    :

                  :

     v.           :   Criminal Action No. 08-036 JJF

                  :

MICHAEL KING,       :

                  :

        Defendant.    :

## O R D E R

WHEREAS, the Defendant was granted and extension until April 18, 2008 to file pretrial motions in the above-captioned matter;

WHEREAS, a Motion to Suppress has been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that a Motion Hearing will be held on **Wednesday, June 4, 2008 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 18, 2008
   DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE