IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-36-JJF |
| | ) | |
| MICHAEL KING, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Ilana Eisenstein as attorney of record on behalf of the United States of America, and enter the appearance of Special Assistant United States Attorney Geoffrey G. Grivner.

                                              COLM F. CONNOLLY
                                              United States Attorney

By: _/s/ Geoffrey G. Grivner_
           Geoffrey G. Grivner
           Special Assistant United States Attorney
           Nemours Building
           1007 Orange Street, Suite 700
           P.O. Box 2046
           Wilmington, Delaware 19801

Dated: August 13, 2008