IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
UNITED STATES OF AMERICA,     :
                              :
          Plaintiff,          :
                              :
     v.                       :  Criminal Action No. 08-36-JJF
                              :
MICHAEL D. KING,              :
                              :
          Defendant.          :
                              :
```

## O R D E R

At Wilmington, this 26 day of August 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Suppress Physical Evidence And Statements (D.I. 13) is **DENIED**.

UNITED STATES DISTRICT JUDGE