IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-036 JJF |
| MICHAEL KING, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on August 13, 2008, the Court held a Scheduling Conference in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Rule 11 hearing will be held on **October 9, 2008 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware;

IT IS FURTHER ORDERED, if a plea agreement is not reached;

2) Trial will commence on **October 9, 2008 at 9:30 a.m.**

3) The time between August 13, 2008 and October 9, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

August 28, 2008
DATE

UNITED STATES DISTRICT JUDGE